# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADRIAN NEMMERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:10-0785 |
| | ) |
| ARJN, LLC d/b/a JONATHAN'S GRILLE, | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| Defendant. | ) |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

For good cause shown, the proposed settlement of this matter is approved and this case is Dismissed with Prejudice. The Court retains jurisdiction over this matter for the period of thirty (30) days in the event a dispute arises from the administration of this settlement.

Accordingly, IT IS SO ORDERED this the 17th day of March 2011.

_____
HONORABLE JOHN T. NIXON
U.S. District Judge

4120529.1